# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT HOLMES, III,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-00354-KJD-RJJ

**ORDER**

On the court's docket is a motion for certificate of appealability (#21) without any corresponding document. The court denied a certificate of appealability in its order denying the petition (#3).

IT IS THEREFORE ORDERED that the motion for certificate of appealability (#21) is **DENIED**.

DATED: May 23, 2013

                                                   KENT J. DAWSON
                                                   United States District Judge