# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT HOLMES, III,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-00354-KJD-RJJ

**ORDER**

Before the court is petitioner's motion for relief from judgment (#26) and respondents' opposition (#27). Petitioner again argues that his guilty plea was invalid because the plea agreement stated that he was eligible for probation, but that Nev. Rev. Stat. § 205.060(2) actually barred probation. The statute provides, in relevant part:

> A person who is convicted of burglary and who has previously been convicted of burglary or another crime involving the forcible entry or invasion of a dwelling must not be released on probation or granted a suspension of sentence.

Petitioner's new argument is that "forcible entry" is a concept that is completely separate from "invasion of a dwelling." The court directs petitioner back to the ruling of Nevada Supreme Court in his own case: "Appellant alleged no other facts indicating that the attempted burglary conviction involved the forcible entry or invasion of a dwelling." Ex. 42, at 2. The Nevada Supreme Court interprets § 205.060(2) to bar probation when the person is convicted of a prior crime involving either forcible entry or invasion of a dwelling. The Nevada Supreme Court is the final word on interpretations of state law.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that petitioner's motion for relief from judgment (#26) is **DENIED**.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

DATED: January 31, 2014

                                        _____
                                        KENT J. DAWSON
                                        United States District Judge