# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT HOLMES, III,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-00354-KJD-RJJ

**ORDER**

    Before the court are petitioner's motion for reconsideration (#29) and respondents' opposition (#32). Petitioner's argument boils down to a disagreement that the Nevada Supreme Court is the final word on interpretations of Nevada law. The court declines to reconsider its conclusion.

    IT IS THEREFORE ORDERED that petitioner's motion for reconsideration (#29) is **DENIED**.

    DATED: January 20, 2015

_____
KENT J. DAWSON
United States District Judge