# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT HOLMES, III,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-00354-KJD-RJJ

**ORDER**

The court denied petitioner's third motion for reconsideration (#29), explaining to petitioner for the fourth time that the Nevada Supreme Court is the final word on interpretations of Nevada law. Order (#34). Petitioner has filed yet another notice of appeal (#35). Not only would reasonable jurists not find the court's conclusion to be debatable or wrong, at this point petitioner is appealing in bad faith.

IT IS THEREFORE ORDERED that a certificate of appealability is **DENIED**.

IT IS FURTHER ORDERED that the appeal is not taken in good faith.

DATED: April 6, 2015

_____
KENT J. DAWSON
United States District Judge